UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANIES, | ) | |
| | ) | |
| Plaintiff, | ) | No: 1:05-CV-7 |
| | ) | |
| v. | ) | Judge Curtis L. Collier |
| | ) | |
| TENNESSEE LOG HOMES, INC. AND, | ) | |
| DENNIS AND LAURI SMITH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| TENNESSEE LOG HOMES, INC, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CINCINNATI INSURANCE COMPANIES, | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum, the Court hereby **GRANTS** Defendant Tennessee Log Homes, Inc. motion to dismiss (Court File No. 30). Further, the Court **DIRECTS** the clerk to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**